# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Patrick Dominic DeRouen
DeRouen Law Firm
650 Poydras, Ste 2230
New Orleans LA 70130

Laurie Lee DeArmond
DeRouen Law Firm
650 Poydras, Ste 2230
New Orleans LA 70130

## REHEARING ACTION: June 25, 2014

**Docket Number: 13   01454-CW**

**STONETRUST COMMERCIAL INSURANCE
COMPANY, INC., ET AL.
VERSUS
ENTERGY GULF STATES LOUISIANA,
LLC, ET AL.
***consolidated with***
JAMES OWENS, JR.
VERSUS
ENTERGY LOUISIANA, LLC, ET AL.**

**Writ Application from Concordia Parish Case No. 45-959 c/w 45-974**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett
Hon. James T. Genovese
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing en banc filed by **Canal Indemnity Company** is:

    **Application for Rehearing Not Considered.  Rule 2-18.7, Uniform Rules
of the Louisiana Courts of Appeal.**

cc: David Bennett Parnell, Jr., Counsel for  the Respondent
    Thomas Glenn Buck, Counsel for  the Respondent
    David Thomas Butler, Jr., Counsel for  the Respondent
    Charles J. Duhe, Jr., Counsel for  the Respondent
    Heidel Ann Schneider, Counsel for  the Respondent
    R. O'Neal Chadwick, Jr., Counsel for  the Respondent
    Joseph B. Stamey, Counsel for  the Respondent
    Daniel Randolph Street, Counsel for  the Respondent
    Daniel R. Atkinson, Jr., Counsel for  the Respondent